1 | BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
2 | WOLFE & WYMAN LLP
6757 Spencer Street
3 | Las Vegas, NV 89119
Tel: (702) 476-0100
4 | Fax: (702) 476-0101
befoley@wolfewyman.com
5 | *Attorneys for Defendants*
DITECH FINANCIAL LLC f/k/a
6 | GREEN TREE SERVICING LLC

7

8 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

RH KIDS LLC,                     CASE NO. 2:16-cv-001894-GMN-CWH

            Plaintiff,           **STIPULATION AND ORDER TO EXTEND**
                                 **REMAINING BRIEFING DEADLINES ON**
    v.                           **ALL PENDING MOTIONS**

PATSY S. FIELDEN; HOWARD D. FIELDEN;   **(FIRST REQUEST)**
GREEN TREE SERVICING, LLC; and DOES 1
through 10, inclusive; ROE CORPORATIONS 1
through 10, inclusive,

            Defendants.

Plaintiff RH KIDS LLC ("RH KIDS"), and Defendant DITECH FINANCIAL LLC f/k/a

GREEN TREE SERVICING LLC ("Ditech") (collectively, the "Parties"), by and through their

counsel of record, hereby stipulate and agree to the following:

On October 26, 2017, Ditech filed Motions to stay all discovery (ECF No. 27), and to set a

briefing schedule for dispositive motions (ECF No. 28). Plaintiff filed its Responses to Ditech's

Motions on November 16, 2017. *See* ECF Nos. 31 and 32. The Court set the deadline for Ditech to

file its Replies in support of its Motions for Thursday, November 23, 2017, which is Thanksgiving

Day and a Federal Holiday.

On November 14, 2017, Plaintiff filed a Motion to remand this action to the Nevada State

District Court (ECF No. 30). The Court set the deadline for Ditech to file its Response to Plaintiff's

Motion to Remand for Tuesday, November 28, 2017, and has not yet set a deadline for Plaintiff to

file its Reply in support of its Motion to remand.

1

1     Counsel for Ditech will have limited access to her case files from Wednesday, November 22,

2 2017, through Sunday, November 26, 2017, due to the Thanksgiving Day Holiday. In addition, the

3 Parties wish to have all pending Motions submitted for the Court's review and consideration at the

4 same time. Accordingly, counsel for the Parties conferred telephonically, and hereby stipulate and

5 agree to extend the remaining briefing deadlines on the Parties' pending Motions as follows:

6     Ditech will have until **Friday, December 1, 2017**, to file and serve its Response to Plaintiff's

7 Motion to Remand (ECF No. 30); and

8     The Parties will have until **Friday, December 22, 2017**, to file their Replies in support of

9 their pending Motions (ECF Nos. 27, 28 and 30).

10     Therefore, all briefing on the current, pending Motions before this Court will be submitted by

11 no later than Friday, **December 22, 2017**.

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2906003.1

This is the Parties' first request for an extension of time to extend the remaining briefing schedules to the Motions referenced herein, and this stipulation is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated November 22, 2017.

/s/ *Michael N. Beede*
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Parkway, Suite 201
Henderson, NV 89074
*Attorneys for Plaintiff RH Kids, LLC*

/s/ *Brigette E. Foley*
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendant* DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC

## ORDER

IT IS HEREBY ORDERED THAT Ditech will have until **Friday, December 1, 2017**, to file and serve its Response to Plaintiff's Motion to Remand (ECF No. 30); and

IT IS FURTHER ORDERED THAT the Parties will have until **Friday, December 22, 2017**, to file their Replies in support of their pending Motions (ECF Nos. 27, 28 and 30).

Accordingly, all briefing on the current pending Motions before this Court will be submitted by no later than **Friday, December 22, 2017**.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2017

2906003.1