BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
befoley@wolfewyman.com
*Attorneys for Defendants*
DITECH FINANCIAL LLC f/k/a
GREEN TREE SERVICING LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RH KIDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATSY S. FIELDEN; HOWARD D. FIELDEN; GREEN TREE SERVICING, LLC; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-001894-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING BRIEFING DEADLINES ON ALL PENDING MOTIONS**<br><br>**(SECOND REQUEST)** |

Plaintiff RH KIDS LLC ("RH KIDS"), and Defendant DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC ("Ditech") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

On October 26, 2017, Ditech filed Motions to stay all discovery (ECF No. 27), and to set a briefing schedule for dispositive motions (ECF No. 28). On November 14, 2017, RH KIDS filed a Motion to remand this action to the Nevada State District Court (ECF No. 30). On November 16, 2017, RH KIDS filed its Responses to Ditech's Motions (Motions to stay all discovery (ECF No. 27), and to set a briefing schedule for dispositive motions (ECF No. 28). *See* ECF Nos. 31 and 32. On November 22, 2017, the Parties filed a Stipulation to extend the remaining briefing schedule on all three pending Motions (ECF Nos. 27, 28 and 30), which the Court granted. *See* ECF Nos. 33 and 34. During the Thanksgiving Holiday, counsel for Ditech fell ill, which kept her out of the office and unable to work the entire following week. Accordingly, counsel for RH KIDS graciously

1

granted Ditech an additional telephonic extension to file its Response to RH KIDS' pending Motion to Remand (ECF No. 30) to the end of this week.

Over the past several days, counsel for Ditech and RH KIDS have engaged in several discussions about potential resolutions of the issues brought in all of the pending Motions (ECF Nos. 27, 28 and 30), and this action altogether. Accordingly, in the interest of conserving judicial and party resources, and specifically to facilitate these ongoing discussions, the Parties have agreed to further extend the remaining briefing deadlines, and respectfully request that the Court refrain from issuing any decisions on the pending Motions prior to submission of all remaining briefing in accordance with this proposed amended briefing schedule, as follows:

- The deadline for Ditech to file its Response to RH KIDS' Motion to Remand (ECF No. 30), shall be extended to **Friday, January 19, 2018**;

- The deadline for Ditech to file its Replies in support of its Motions to stay all discovery (ECF No. 27), and to set a briefing schedule for dispositive motions (ECF No. 28) shall be extended to **Friday, February 2, 2018**;

- The deadline for RH KIDS to file its Reply in support of its Motion to Remand (ECF No. 30) also shall be extended to **Friday, February 2, 2018**; and finally

- The Parties shall file a status report with the Court no later than **Friday, January 12, 2018**, to advise the Court of the status of their discussions toward resolution if no resolution has been reached, as well as their intent to move forward with the final briefing and submission of the Motions pending before this Court (ECF Nos. 27, 28 and 30).

This is the Parties' **second request** to extend the remaining briefing schedules to the Motions referenced herein.

///
///
///
///
///
///

2

This stipulation is not intended to cause any delay or prejudice to any party. In fact, this stipulation is sought to further facilitate the Parties' ongoing resolution discussions, which would promote judicial and party economy by potentially simplifying, or even resolving, the issues before the Court.

**IT IS SO STIPULATED.**

Dated December 14, 2017.

| | |
|---|---|
| /s/ *Michael N. Beede, Esq.* | /s/ *Brigette E. Foley* |
| MICHAEL N. BEEDE, ESQ. | BRIGETTE E. FOLEY, ESQ. |
| Nevada Bar No. 13068 | Nevada Bar No. 12965 |
| THE LAW OFFICE OF MIKE BEEDE, PLLC | WOLFE & WYMAN LLP |
| 2470 St. Rose Parkway, Suite 201 | 6757 Spencer Street |
| Henderson, NV 89074 | Las Vegas, NV 89119 |
| *Attorneys for Plaintiff RH Kids, LLC* | *Attorneys for Defendant* DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC |

**ORDER**

IT IS HEREBY ORDERED that the deadline for Ditech to file its Response to RH KIDS' Motion to Remand (ECF No. 30), shall be extended to **Friday, January 19, 2018**;

IT IS FURTHER ORDERED that the deadline for Ditech to file its Replies in support of its Motions to stay all discovery (ECF No. 27), and to set a briefing schedule for dispositive motions (ECF No. 28) shall be extended to **Friday, February 2, 2018**;

IT IS FURTHER ORDERED that the deadline for RH KIDS to file its Reply in support of its Motion to Remand (ECF No. 30) also shall be extended to **Friday, February 2, 2018**; and

IT IS FURTHER ORDERED that the Parties shall file a status report with the Court no later than **Friday, January 12, 2018**, to advise the Court of the status of their settlement discussions, and their intent to move forward with the remaining briefing and submission of the pending Motions (ECF Nos. 27, 28 and 30) to this Court.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2017

3
2917745.1