MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Plaintiff, RH Kids, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RH KIDS, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PATSY S. FIELDEN; HOWARD D. FIELDEN; GREEN TREE SERVICING, LLC; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br>　　　　　　Defendants. | CASE NO. 2:16-cv-01894-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT** |

COMES NOW, Plaintiff, RH Kids, LLC ("Plaintiff"), by and through its attorney of record, Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC; and Defendant, Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Defendant"), by and through its attorney of record, Jared F. Herling, Esq. of the law firm of Wolfe & Wyman LLP, and hereby submit the following stipulation:

Pursuant to this Court's Minute Order [ECF No. 45] issued on March 21, 2018, the parties hereby submit this Stipulation to Remand. The the Parties hereby agree that due to a lack of diversity of the domiciles between RH Kids, LLC and Howard D. Fielden, this Court lacks jurisdiction over this matter and therefore the parties request that this Court to remand the present action to the Eighth Judicial District Court of Clark County, Nevada, Case No. A-16-738919-C. Each party shall bear their own fees and costs.

*(signatures on next page)*

Dated this 25th day of April, 2018.  Dated this 25th day of April, 2018.
THE LAW OFFICE OF MIKE BEEDE, PLLC  WOLFE & WYMAN LLP

 /s/Michael Beede   /s/ Jared F. Herling, Esq. 
Michael Beede, Esq.  Jared F. Herling, Esq.
Nevada Bar No. 13068  Nevada Bar No. 13350
2470 St. Rose Pkwy, Suite 201  6757 Spencer Street
Henderson, NV 89074  Las Vegas, NV 89119
*Attorney for RH Kids, LLC*  *Attorney for Ditech Financial LLC f/k/a Green Tree Servicing, LLC*

## **ORDER**

IT IS SO ORDERED.

DATED this __25__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT